

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:15-MJ-354 |
| v. | |
| MICHAEL JOSEPH CARR | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Michael Joseph Carr, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    __X__ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

    __X__ Felony involving a minor victim

    _____ Felony involving a firearm, destructive device, or any other dangerous weapon

Motion for Detention - Page 1

_____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

  __X__ Defendant's appearance as required

  __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

  _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§ 924(c)

  _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

  __X__ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251, 2252, 2252A

  _____ Previous conviction for "eligible" offense committed while on bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

  __X__  At first appearance

  _____ After continuance of **3** days (not more than 3).

DATED this 27th day of May, 2015.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

*Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:  214-659-8600
Fax: 214-659-8809
E-Mail: Camille.Sparks@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on **May 27, 2015,** I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas.  I do not know the attorney who will represent the defendant; however, I hereby certify that I will hand-deliver a copy of the foregoing document to the attorney or the defendant at the first available opportunity to do so.

*Camille E. Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney