ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 JUN 24  PM 3: 17

DEPUTY CLERK ___NM___

| UNITED STATES OF AMERICA | No. |
|---|---|
| v. | |
| MICHAEL JOSEPH CARR | 3-15CR0276-B |

# INDICTMENT

The Grand Jury Charges:

### Count One
### Enticement of a Minor
### (Violation of 18 U.S.C. § 2422(b))

From on or about March 23, 2015, through on or about March 24, 2015, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Michael Joseph Carr,** using the Internet, and his cell phone, facilities and means of interstate and foreign commerce, knowingly persuaded, induced and enticed Jane Doe #1, a minor under the age of 18, to engage in sexual activity for which he could have been charged with a criminal offense, specifically a violation of Sec. 22.011(a)(2), Texas Penal Code, that is, Sexual Assault of a Child, which makes it a crime to intentionally and knowingly, with a child under the age of 17, cause the penetration of the anus or female sexual organ of the child by any means.

In violation of 18 U.S.C. § 2422(b).

<u>Count Two</u>
Attempted Enticement of a Minor
(Violation of 18 U.S.C. § 2422(b))

From on or about March 17, 2015, through on or about March 20, 2015, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Michael Joseph Carr,** using the Internet and his cell phone, facilities and means of interstate and foreign commerce, knowingly attempted to persuade, induce and entice Jane Doe #2, a minor under the age of 18, to engage in sexual activity for which the defendant could be charged with a criminal offense, specifically a violation of Sec. 22.011(a)(2), Texas Penal Code, that is, Sexual Assault of a Child, which makes it a crime to intentionally and knowingly, with a child under the age of 17, cause the penetration of the anus or female sexual organ of the child by any means.

In violation of 18 U.S.C. § 2422(b).

<u>Count Three</u>
Possession of Prepubescent Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5)(B))

On or about March 24, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Michael Joseph Carr,** knowingly possessed material which contains videos of child pornography, as defined in 18 U.S.C. § 2256(8), that involved prepubescent minors and minors who had not attained 12 years of age, and which had been shipped and transported using any means and facility of interstate and foreign commerce; and were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer. Included on his Samsung cell phone were the following videos:

| File Name | Description |
|---|---|
| 92f064cf-ee41-41d3-8d6c-49429d68b52d.mp4 | Video of a male penetrating the genitals of a prepubescent girl. |
| 7594e53c-4b3e-4179-8c9e-939341cd1955.mp4 | Video of a male penetrating the genitals of a prepubescent girl.  Later in the video, the male is penetrating the mouth of the prepubescent girl with his penis. |
| 9bb99edb-df7e-47f7-ad28-f1746d21009b.mp4 | Video of a male penetrating the mouth of a prepubescent girl with his penis.  He eventually ejaculates onto the child's stomach area. |
| 3eaef381-c848-45e9-a8c8-8ec78faddd38.mp4 | A video of a male penetrating the mouth of a prepubescent female with his penis. The male eventually ejaculates onto the child. |

In violation of 18 U.S.C. § 2252A(a)(5)(B).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Email: Camille.Sparks@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MICHAEL JOSEPH CARR

INDICTMENT

18 U.S.C. § 2422(b)
Enticement of a Minor

18 U.S.C. § 2422(b)
Attempted Enticement of a Minor

18 U.S.C. § 2252A(a)(5)(B)
Possession of Prepubescent Child Pornography

3 Counts

A true bill rendered

DALLAS                                                                 FOREPERSON

Filed in open court this 24th day of June, 2015

                                                                              Clerk

**WARRANT TO ISSUE: No Warrant to Issue – In Federal Custody**

UNITED STATES MAGISTRATE JUDGE
Magistrate Case Pending 3:15-MJ-00354-BN