TRULINCS  49542177 - CARR, MICHAEL JOSEPH - Unit: FTW-D-A

---

FROM: 49542177
TO:
SUBJECT: Letter to Judge
DATE: 02/20/2021 04:36:23 PM



3:15-CR-276-B

UNITED STATES COURT
NORTHERN DISTRICT OF TEXAS

Honorable Judge Jane Boyle,

   I am writing with a request that you may have no interest in granting whatsoever, but I must ask it all the same. I know, as a federal judge, you are well versed in legality and the concept of Hard Time, a two for one period for those placed in difficult situations, such as county jail, that federal judges can and have applied beforehand.

   As you are well aware, we are under a massive pandemic that has struck the country. As a federal inmate, there is no position harder than where we have been. I was transferred to FMC Fort Worth due to my type 1 diabetes care level 3 status (despite having no issues and having been at FCI Bastrop for three and a half years). Since being transferred, we have been under complete lockdown beginning April 1, 2020. It has been a living hell. With a medical facility that fails to provide proper treatment (I do not receive proper supplies, the nurses were unaware I was even a type 1 diabetic up until a couple months ago), a unit comprised mainly of wheelchair bound inmates and gang-affiliated offenders, most of whom are med and high security, no peers to interact with (you cannot get a job here, you cannot go into TV rooms, you are constantly being derided as a sex offender) and nothing to do but sleep, read and exist in a world that treats you like garbage every day.

   So, I ask for an application of Hard Time for this quarantine, from April 1st till now, at the very least. You may scoff, I do not know, but this has been a very difficult period in comparison to where I came before, FCI Bastrop (I was never sent to Seagoville, as your sentence recommended), where I had a full job at unicor, friends and those I could at least associate with, activities I could be a part of, a place I could watch TV, a band I could make music in, so many things I lack now and will not get even after the quarantine eventually lifts. I have had COVID and the vaccines, but life continues to be difficult here, and so I ask what relief can be provided. Maybe you think we deserve this, but I have completed 6 years and have at least 8 more to go, I do not feel that a modicum of relief in a situation that has burdened me without my doing anything wrong (I have been a model inmate my entire time down) is uncalled for.

   If you could even consider my proposal, I would be eternally grateful. I understand I am a criminal, I broke the law, but I am also a first time offender who is trying to better myself. I figure you, as a judge, could understand and appreciate that.

   Thank you for your time,

Michael Carr #49542-177
FMC Fort Worth
PO BOX 15330
Fort Worth, TX 76119

Michael Cary #49542-177
FMC Fort Worth
PO Box 15330
Fort Worth, TX 76119



⬦49542-177⬦
Dallas Division
1100 Commerce ST
Room 1452
Dallas, TX 75242
United States

NORTH TEXAS TX P&DC
DALLAS TX 750
22 FEB 2021 PM 5 L

RECEIVED
FEB 25 2021